DANIEL S. FLOYD, SBN 123819
GAIL J. STANDISH, SBN 166334
TED A. GEHRING, SBN 218715
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
TENET HEALTHCARE CORPORATION,
JEFFREY C. BARBAKOW, TREVOR FETTER,
RAYMOND L. MATHIASEN, BARRY B.
SCHOCHET, RAYMOND A. HAY, CHRISTI
SULZBACH AND MICHAEL FOCHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re TENET HEALTHCARE CORP. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>**ALL ACTIONS.** | CASE NO. CV-02-8462-RSWL (RZx)<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER RE: RESPONSE TO SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date: None<br>Time:<br>Judge: The Hon. Ronald Lew<br>Courtroom 21 |

Gibson, Dunn & Crutcher LLP

WHEREAS, the Court dismissed Lead Plaintiff's Consolidated Amended Class Action Complaint on November 17, 2003, and granted Plaintiff leave to file an amended complaint ("the Second Consolidated Amended Class Action Complaint") on or before January 15, 2004; and

WHEREAS, defendants expect to file a motion or motions to dismiss the Second Consolidated Amended Class Action Complaint, and the parties wish to set a briefing schedule, with approval of the Court, related thereto;

NOW THEREFORE, it is STIPULATED AND AGREED as follows:

1. Defendants will file their responses to the Second Consolidated Amended Class Action Complaint on or before March 1, 2004.

2. If any defendant files a motion to dismiss the Second Consolidated Amended Class Action Complaint, Lead Plaintiff will file its opposition to all such motions on or before April 15, 2004.

3. Any defendant who files a motion to dismiss the Second Consolidated

//
//
//
//
//

Gibson, Dunn & Crutcher LLP

2

01/16/2004 08:56 FAX  310 201 2110      BIRD-MARELLA B&W                    ⌀ 003/003
   JAN.15.2004  6:27PM    GDC LA 7                              NO.724   P.4/7
                                                                                    SCANNED

1  Amended Class Action Complaint may file a reply brief in further support of its
2  motion on or before May 15, 2004.
3  DATED: January 16, 2004

   Daniel S. Floyd
   Gail J. Standish
   Ted A. Gehring
   GIBSON, DUNN & CRUTCHER LLP

   By: _____
              Gail J. Standish

   Attorneys for Defendants,
   TENET HEALTHCARE CORPORATION,
   JEFFREY C. BARBAKOW, TREVOR FETTER,
   RAYMOND L. MATHIASEN, BARRY B.
   SCHOCHET, RAYMOND A. HAY, CHRISTI
   SULZBACH AND MICHAEL FOCHT

15  DATED: January 16, 2004

   Mark T. Drooks
   BIRD, MARELLA, BOXER & WOLPERT

   By: _____
              Mark T. Drooks

   Attorneys for Defendant,
   THOMAS B. MACKEY

Gibson, Dunn &
Crutcher LLP

DATED: January __, 2004

Brian O'Neill
Michael A. Tomasulo
Lisa C. Phelan
JONES DAY

By: _____Michael A Tomasulo / by permission TAC_____
~~Lisa C. Phelan~~
Michael A. Tomasulo

Attorneys for Defendants
DAVID L. DENNIS

DATED: January __, 2004

John J. Quinn
Matthew T. Heartney
ARNOLD & PORTER

By: _____[signature]_____
Matthew T. Heartney

Attorneys for Defendants
BERNICE B. BRATTER
SANFORD CLOUD, JR.
MAURICE J. DEWALD
VAN B. HONEYCUTT
J. ROBERT KERREY
LESTER B. KORN

JAN 16 2004  2:46 PM FR PROSKAUER         3105572193 TO 5476#42202001#12 P.02
SCANNED

| | |
|---|---|
| DATED: January 16, 2004 | Robert H. Horn<br>Richard Marmaro<br>PROSKAUER ROSE<br><br>By: _____/s/ Robert H. Horn_____<br>         Robert H. Horn<br><br>Attorneys for Defendants<br>LAWERNCE BIONDI<br>FLOYD D. LOOP |
| DATED: January __, 2004 | SCHIFFRIN & BARROWAY, LLP<br>Lead Counsel for Plaintiff, the State<br>of New Jersey, and the Class<br><br>LIM, RUGER & KIM<br>Liaison Counsel for Lead Plaintiff,<br>the State of New Jersey, and the Class<br><br>By: _____<br>         Lisa J. Yang |

Gibson, Dunn &
Crutcher LLP

5

** TOTAL PAGE.02 **

01/15/2004 11:03 FAX 313 055 0511   Lim, Ruger & Kim, LLP                    NO.724  P.07  @008

SCANNED

DATED: January ___, 2004

Robert H. Horn
Richard Marmaro
PROSKAUER ROSE

By: _____
                Robert H. Horn

Attorneys for Defendants
LAWERNCE BIONDI
FLOYD D. LOOP

DATED: January 16, 2004

SCHIFFRIN & BARROWAY, LLP
Lead Counsel for Plaintiff, the State
of New Jersey, and the Class

LIM, RUGER & KIM
Liaison Counsel for Lead Plaintiff,
the State of New Jersey, and the Class

By: _____
                Lisa J. Yang

Gibson, Dunn &
Crutcher LLP

# ORDER

The Court having read and reviewed the attached Stipulation and [Proposed] Order re: Response to Second Consolidated Amended Shareholder Derivative Complaint hereby approves of the stipulation.

WHEREFORE IT IS HEREBY **ORDERED** as follows:

1. Defendants will file their responses to the Second Consolidated Amended Class Action Complaint on or before March 1, 2004.

2. If any defendant files a motion to dismiss the Second Consolidated Amended Class Action Complaint, the Lead Plaintiff will file its opposition to all such motions on or before April 15, 2004.

3. Any defendant who files a motion to dismiss the Second Consolidated Amended Class Action Complaint may file a reply brief in further support of its motion on or before May 15, 2004.

IT IS SO **ORDERED**.

DATED: January 23, 2004

RONALD S.W. LEW
_____
THE HONORABLE RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, **Cathy H. Lauren**, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. **On January 20, 2004,** I served the following document(s):

**STIPULATION AND [PROPOSED] SCHEDULING ORDER RE: RESPONSE TO SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| Brian O'Neill<br>Michael A. Tomasulo<br>Lisa C. Phelan<br>JONES DAY<br>555 West Fifth Street, Suite 4600<br>Los Angeles, California 90013<br><br>Attorneys for Defendants<br>DAVID L. DENNIS | Robert H. Horn<br>Richard Marmaro<br>PROSKAUER ROSE<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067<br><br>Attorneys for Defendants<br>LAWRENCE BIONDI<br>FLOYD D. LOOP |
| Mark T. Drooks<br>BIRD, MARELLA, BOXER & WOLPERT<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br><br>Attorneys for Defendant,<br>THOMAS B. MACKEY | Richard S. Schiffrin<br>Andrew L. Barroway<br>Jacob A. Goldberg<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza<br>Suite 400<br>Bala Cynwyd, PA 19004<br><br>LEAD COUNSEL FOR PLAINTIFF, THE STATE<br>OF NEW JERSEY, AND THE CLASS |

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| John J. Quinn<br>Matthew T. Heartney<br>ARNOLD & PORTER<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017<br><br>Attorneys for Defendants,<br>BERNICE B. BRATTER, SANFORD CLOUD, JR. MAURICE J. DeWALD, VAN B. HONEYCUTT, ROBERT KERREY, and LESTER B. KORN | Christopher Kim<br>Lisa J. Yang<br>LIM, RUGER & KIM<br>1055 West Seventh Street<br>Suite 2800<br>Los Angeles, CA 90017<br><br>LIAISON COUNSEL FOR LEAD PLAINTIFF,<br>THE STATE OF NEW JERSEY, AND THE CLASS |

☑ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE:** From facsimile number (213) 229-7520. I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

☐ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

☑ I am employed in the office of Gail J. Standish, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| ☐ | **(STATE)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| ☑ | **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on **January 20, 2004.**

*Cathy H. Lauren*
_____
Cathy H. Lauren

Gibson, Dunn &
Crutcher LLP

3