

Christopher Kim (Bar No. 082080)
Lisa J. Yang (Bar No. 208971)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
email: christopher.kim@lrklawyers.com
lisa.yang@lrklawyers.com

| | |
|---|---|
| Richard S. Schiffrin, Esq. | Allyn Z. Lite, Esq. |
| Gregory Castaldo, Esq. | Joseph J. DePalma, Esq. |
| Andrew L. Zivitz, Esq. | Bruce D. Greenberg, Esq. |
| Kay E. Sickles, Esq. | Susan D. Pontoriero, Esq. |
| **SCHIFFRIN & BARROWAY, LLP** | **LITE DEPALMA GREENBERG &** |
| 280 King of Prussia Road | **RIVAS, LLC** |
| Radnor, Pennsylvania 19087 | Two Gateway Center, 12th Floor |
| Telephone: (610) 667-7706 | Newark, New Jersey 07102 |
| | Telephone: (973) 623-3000 |

Lead Counsel for Plaintiffs,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re: TENET HEALTHCARE CORP. SECURITIES LITIGATION | No. CV-02-8462-RSWL (Rzx) |
| | [PROPOSED] ORDER REGARDING PLAN OF ALLOCATION, ATTORNEY'S FEES & EXPENSES AND LEAD PLAINTIFF AWARD |
| | Date: May 15, 2006 |
| | Time: 9:00 AM |
| | Judge: The Hon. Ronald Lew |
| | Courtroom: 21 |

1
PROPOSED ORDER REGARDING PLAN OF ALLOCATION, ATTORNEY'S FEES & EXPENSES, AND LEAD PLAINTIFF AWARD

1  THIS MATTER having come before the Court on May 15, 2006, on (i) the
2  application for approval of the proposed Plan of Allocation; (ii) the application of
3  Lead Plaintiff's Counsel for an award of attorneys' fees and reimbursement of
4  expenses incurred in the Action; and (iii) the application of Lead Plaintiff for an
5  incentive award, having considered all papers filed and proceedings conducted
6  herein, having found the partial settlement of this Action to be fair, reasonable and
7  adequate and otherwise being fully informed in the premises and good cause
8  appearing therefor;

9  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

10  1.  All of the capitalized terms used herein shall have the same meanings
11  as set forth in the Stipulation and Agreement of Partial Settlement (the
12  "Stipulation"), dated as of January 11, 2006. This Court has jurisdiction over the
13  subject matter of these applications and all matters relating thereto, including all
14  Members of the Class who have not timely and validly requested exclusion.

15  2.  The Court finds and concludes that the formula for the calculation of
16  the claims of Authorized Claimants which is set forth in the Notice of Pendency
17  and Proposed Partial Settlement of Class Action (the "Notice") sent to Class
18  Members, provides a fair and reasonable basis upon which to allocate the proceeds
19  of the Net Settlement Fund established by the Stipulation among the Class
20  Members, with due consideration having been given to administrative convenience
21  and necessity. This Court finds and concludes that the Plan of Allocation, as set
22  forth in the Notice, is, in all respects, fair and reasonable and the Court approves
23  the Plan of Allocation.

24  3.  The Court awards Lead Plaintiff's Counsel $2,056,807.09 in expense
25  reimbursement for their reasonable and necessary expenses in prosecuting this
26  action to date, plus interest earned for the same time period and at the same rate as
27  that earned on the Settlement Fund until paid (the "Expense Reimbursement").

LIM, RUGER & KIM, LLP

C:\Documents
and
Settings\cgivens\
Local
Settings\Tempor

2
PROPOSED ORDER REGARDING PLAN OF ALLOCATION, ATTORNEY'S FEES & EXPENSES, AND
LEAD PLAINTIFF AWARD

The Court also awards attorneys' fees in the amount of $31,675,404.03, representing 14.771% of the $216.5 million Gross Settlement Fund less the Expense Reimbursement, plus interest earned for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated by Lead Plaintiff's Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under both the "percentage-of-recovery" method and in utilizing lodestar/multiplier method as a cross-check on the reasonableness of the fee award. The fee award is the result of a sliding scale negotiated at the outset of the Action between Lead Plaintiff's Counsel and the Lead Plaintiff, a sophisticated investor and litigant, which is significantly below the benchmark fee award of 25% prevalent in securities class actions in the Ninth Circuit.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Plaintiff's Counsel from the Gross Settlement Fund in accordance with the terms, conditions and obligations of the Stipulation, which terms, conditions, and obligations are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiff the State of New Jersey and its Division of Investment is awarded $15,000.00 as an incentive award for representing the Class.

IT IS SO ORDERED.

Dated: May 26, 2006

**RONALD S.W. LEW**
_____
The Honorable Ronald S. W. Lew
United States District Judge