George A. Salter, *pro hac vice* (gasalter@hhlaw.com)
Paul B. Sweeney, *pro hac vice* (pbsweeney@hhlaw.com)
Kim F. Bridges, *pro hac vice* (kfbridges@hhlaw.com)
Peter J. Dennin, *pro hac vice* (pdennin@hhlaw.com)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, N.Y. 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Kenneth D. Klein, SBN 085231 (kdklein@hhlaw.com)
Amy M. Gallegos, SBN 211379 (amgallegos@hhlaw.com)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendant KPMG LLP

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY    ✓ SEND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re: TENET HEALTHCARE CORP. SECURITIES LITIGATION | No: CV-02-8462-DSF (RZx) |
| | **KPMG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates to: ALL ACTIONS. | Date: October 29, 2007<br>Time: 1:30 pm<br>Judge: The Honorable Dale S. Fischer<br>Courtroom: 840 |

RECEIVED
BUT NOT FILED
JUL 27 2007
5:00
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY         DEPUTY

DOCKETED ON CM
AUG 2 2007
BY

337

KPMG LLP'S NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT

\\\\NY - 081416/000062 - 1049800 V2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 23, 2007[1] at 1.30 p.m., or as soon thereafter as the matter can be heard by the Honorable Dale S. Fisher, in Courtroom 840 of the United States District Court, Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, KPMG LLP ("KPMG") will, and hereby does, move this Court for an order granting summary in favor of KPMG on the claims asserted against it in the Third Amended Consolidated Class Action Complaint for Violation of Sections 10(b), 20(a), and 20(A) of the Securities Exchange Act of 1934 and Sections 11 and 15 of the Securities Act of 1933, dated March 28, 2005.

KPMG moves for summary judgment on the grounds that Plaintiffs failed to demonstrate a genuine issue of material fact entitling KPMG to judgment as a matter of law because: (1) Plaintiffs failed to demonstrate a claim against KPMG under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder because Plaintiffs failed to demonstrate (a) loss causation, (b) damages, (c) a material misstatement, and (d) scienter; and (2) Plaintiffs failed to demonstrate a claim against KPMG under Section 11 of the Securities Act of 1933 because Plaintiffs failed to demonstrate (a) a material misstatement, and (b) that the price of the notes at issue declined after purchase. *See* 15 U.S.C. § 77k(e) (2007); 15 U.S.C. § 78u-4(b) (2007); Fed. R. Civ. P. 56; *Dura Pharm., Inc. v. Broudo*, 125 U.S. 1627 (2005); *Anderson v Liberty Lobby, Inc*, 477 U.S. 242 (1986); *Tricontinental Indus. Ltd. v. PricewaterhouseCoopers, LLP*, 475 F.3d 824 (7th Cir. 2007); *Lentell v. Merrill Lynch & Co.*, 396 F.3d 161 (2d Cir. 2005); *Heliotrope General, Inc. v. Ford Motor Co.*, 189 F.3d 971 (9th Cir. 1999); *Alpern v. Utilicorp United, Inc.*, 84 F.3d 1525 (8th Cir. 1996); *In re Software Toolworks Inc. Sec. Litig.*, 50 F.3d 615 (9th Cir. 1994); *In re Worlds of Wonder Sec Litig.*, 35

---

[1] The parties stipulated to, and the Court ordered, a hearing on dispositive motions on October 23, 2007 when this matter was before the Honorable Ronald S.W. Lew.

F.3d 1407 (9th Cir. 1994); *Monroe v. Hughes*, 31 F.3d 772 (9th Cir. 1994); *Sowell v. Butcher & Singer, Inc.*, 926 F.2d 289 (8th Cir. 1991); *In re Van Wagoner Funds, Inc. Sec. Litig.*, 382 F.Supp.2d 1173 (N.D. Cal. 2004); *In re Imperial Credit Industries, Inc. Sec. Litig.*, 252 F.Supp.2d. 1005 (C.D. Cal. 2003); *In re Northern Telecom Ltd. Sec. Litig.*, 116 F. Supp. 2d 446 (S.D.N.Y. 2000).

KPMG moves this Court for summary judgment based upon: (1) KPMG LLP's Notice of Motion and Motion for Summary Judgment; (2) Memorandum of Points and Authorities in Support of Defendant KPMG's Motion for Summary Judgment; (3) Statement of Uncontroverted Facts and Conclusions of Law in Support of KPMG LLP's Motion for Summary Judgment; (4) Declaration of Amy M. Gallegos in Support of KPMG LLP's Motion for Summary Judgment; (5) the pleadings and papers on file herein; and (6) such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 28, 2007.

Dated:   July 27, 2007                     HOGAN & HARTSON L.L.P.

By: _____
        Amy M. Gallegos

*Of Counsel*

Mark K. Glasser
KING & SPALDING
1100 Louisiana, Suite 4000
Houston, TX  77002-5213
Telephone:   (713) 751-3200
Facsimile:    (713) 751-3290

George A. Salter
Paul B. Sweeney
Kim F. Bridges
Peter J. Dennin
875 Third Avenue
New York, New York 10022
Telephone:  (212) 918-3000
Facsimile:   (212) 918-3100

Kenneth D. Klein (SBN 085231)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601

*Attorneys for Defendant KPMG LLP*

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Hogan & Hartson LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

On **July 27, 2007**, I served the foregoing document described as

**KPMG LLP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

upon the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] **BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY ELECTRONIC SERVICE** I caused said document to be e-filed to the e-mail addressed.

[ ] **BY FACSIMILE** I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) noted above.

[X] **BY UPS OVERNIGHT COURIER** I caused such envelope(s) to be delivered to UPS for overnight courier service to the offices of the addressee(s) listed on the attached service list.

[ ] **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 27, 2007**, at Los Angeles, California.

Dolores Valencia
Name                                    Signature

\\\\LA - 081416/000082 - 355144 v19

# SERVICE LIST

Richard S. Schiffrin, Esq.
Gregory Castaldo, Esq.
Andrew L. Zivitz, Esq.
Kay E. Sickles, Esq.
**Schiffrin & Barroway, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 677-7706
Facsimile. (610) 667-7056

*Lead Counsel for Plaintiffs*


Allyn Z. Lite, Esq.
Joseph J. DePalma, Esq.
Bruce D. Greenberg, Esq.
Susan D. Pontoriero, Esq.
Katrina Blumenkrants, Esq.
**Lite, DePalma, Greenberg & Rivas, LLC**
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858

*Lead Counsel for Plaintiffs*


Christopher Kim, Esq.
Lisa J. Yang, Esq.
**Lim, Ruger & Kim, LLP**
Suite 2800
1055 West Seventh Street
Los Angeles, CA 90017-2570
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

*Lead Counsel for Plaintiffs*

\\\\LA - 081416/000082 - 355144 v19